**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY MALPICA,<br>Plaintiff,<br>v.<br>SECURITAS SECURITY SERVICES, USA, INC.,<br>Defendant. | Case No. 25-cv-03603-BAS-DDL<br><br>**ORDER GRANTING JOINT MOTIONS TO STAY ACTION**<br><br>**(ECF No. 24)** |

Before the Court is Parties' joint motion to stay the present action. (ECF No. 24.) Given Parties' ongoing dispute in *Jonathan Uranga et. al. v. Securitas Security Services Inc*., Los Angeles County Superior Court, Case No. 22STCV38698, the Court finds good cause and **GRANTS** Parties' Motion and **STAYS** this matter until **February 11, 2027**. (ECF No. 24.)

**IT IS SO ORDERED.**

**DATED: October 8, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**